UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JOMO WILLIAMS, et al,** )<br>)<br>**Plaintiffs** )<br>)<br>v. )<br>)<br>**MAINE COMMISSION ON** )<br>**GOVERNMENT ETHICS AND** )<br>**ELECTION PRACTICES, et al,** )<br>)<br>**Defendants** ) | Civil No.   07-158-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed October 2, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiffs' Application to Proceed in forma pauperis (Docket No. 2) is **DENIED** and Plaintiffs' Complaint (Docket No. 1) is **DISMISSED** for lack of prosecution.

/s/George Z. Singal
Chief United States District Judge

Dated this 26th day of October, 2007.